# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO MACHUCA, JR., | Case No. LA CV 16-04186-VBF (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| S. SHERMAN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, **final judgment is hereby entered in favor of the respondent government and against petitioner Gregorio Machuca, Junior.**

Dated: August 1, 2017

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE